```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         ORLANDO DIVISION
```

BIG APPLE CONSULTING USA, INC.,   CASE NO. 6:09-cv-74-Orl-19KRS
MJMM INVESTMENTS, LLC, MARK C.
KALEY, MARC JABLON,

    Plaintiffs,

v.

FRANK A. MOODY II,

    Defendant.

_____/

**<u>AMENDED NOTICE OF PENDENCY OF OTHER ACTIONS</u>**

In accordance with Local Rule 1.04(d), I certify that the instant action:

<u>X</u>   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    1.   Case Number 1:08-cv-51, Watchit Technologies, Inc., and Gary Musselman v. Big Apple Consulting USA, Inc., MJMM Investments, LLC, Donald Wood, Dennis Steinmetz, Brandon Wood, Marc Jablon, Mark C. Kaley, Esq., and Child Watch of North America, pending in the United States District Court for the Western District of North Carolina (Asheville Division)

    2.   Case Number 6:09-cv-00073-orl-35GJK - Big Apple Consulting USA, Inc. et al v. Watchit Technologies, Inc. et al., pending in the United States District Court for the Middle District of Florida (Orlando Division)

    Defendants are filing this Amended Notice of Pendency of Other Actions because in Defendants' original Notice of Pendency of Other Actions ("Original Notice") filed on January 16, 2009

(Docket # 11) the undersigned inadvertently failed to disclose the above-referenced North Carolina action.  As set forth with particularity in Defendants' Motion to Transfer Venue and Supporting Memorandum of Law filed on February 25, 2009 (Docket # 20), the North Carolina action is directly related to the instant action and involves many of the same parties and common questions of fact and law.  The North Carolina action should therefore have been disclosed in the Original Notice, and the undersigned apologizes to the Court and to Plaintiffs for this oversight.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following service list:

Amber Appling, Esquire
Miller South & Milhausen PA
1000 Legion Place
Suite 1200
Orlando, Florida 32801

/s/ *Michael A. Tessitore*
Michael A. Tessitore
Florida Bar No.: 0948039
mat@mcclanepa.com
Lead Counsel
Melissa A. Campbell
Florida Bar No.: 0032090
mac@mcclanepa.com
215 East Livingston Street
Orlando, Florida 32801
(407) 872-0600
(407) 872-1227 FAX

2